# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RICHARD GILLIAM**                                                                         **PLAINTIFF**
**ADC # 209415**

**v.**                           **CASE NO. 4:19-CV-00769-BSM**

**JOHN STALEY,** *et al.*                                                                **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Joe Volpe's partial recommended disposition [Doc. No. 24] is adopted, and Richard Gilliam's claim against John Staley and Matthew Hodge alleging that they directly participated in opening his legal mail is dismissed without prejudice. Gilliam's corrective inaction claim against Staley, Hodge, Kevin Smith, and Margie Grigsby, may proceed. It is certified that an *in pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 15th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE