### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**RICHARD GILLIAM**                                                                   **PLAINTIFF**
**ADC #209415**

v.                  **CASE NO. 4:19-CV-00769-BSM-JJV**

**JOHN STALEY,** *et al.*                                                    **DEFENDANTS**

### ORDER

After *de novo* review of the record, United States Magistrate Judge Joe Volpe's proposed findings and recommendations [Doc. No. 33] are adopted. The defendants' motion for summary judgment [Doc. No. 30] is granted, and this case is dismissed with prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 8th day of September, 2020.


                                                           _____
                                                           UNITED STATES DISTRICT JUDGE